UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION
RECEIVED

OCT 21 2016

KATHLEEN A. FORD
CLERK OF COURT
WESTERN DISTRICT OF TENN.

U.S. BANKRUPTCY COURT
WESTERN DIVISION OF TENNESSEE
A TRUE COPY ATTEST

OCT 21 2016

KATHLEEN A. FORD, CLERK OF COURT
By _____
Deputy Clerk

*[signature]*
10/21/2016

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

IN RE:

ALEXANDER SMITH,
    DEBTOR/PLAINTIFF,

VS.

WELLS FARGO HOME MORTGAGE,
    CREDITOR/DEFENDANT.

CHAPTER 13
CASE NO. 16-29703-E
ADVERSARY NO. 16-278

### TEMPORARY RESTRAINING ORDER

This cause came on to be heard before this Honorable Court upon Debtor's Motion for a Temporary Restraining Order and the Court finds as follows:

1. The motion is hereby granted restraining Wells Fargo Home Mortgage to conduct the foreclosure sale that is scheduled for October 21, 2013, at 12:00 p.m., for the property located at 5099 Oak Meadow Avenue, Memphis, TN 38134.

2. The complaint for injunctive relief and motion to impose the automatic stay are to be heard before this Court on November 3, 2016, at 10:00 a.m.

SO ORDERED.

APPROVED:

/s/ Jimmy E. McElroy
Attorney for Debtor
3780 S. Mendenhall
Memphis, Tennessee 38115

Service List:
Debtor
Debtor's Attorney
Case Trustee
Wilson and Associates, Attorney for Wells Fargo Home Mortgage, 5050 Poplar Avenue, Suite
    1015, Memphis, TN 38157