**Dated: January 04, 2017**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
_____

IN RE:

ALEXANDER SMITH,
    DEBTOR/PLAINTIFF,                      CHAPTER 13
                                                    CASE NO. 16-29703-E
VS.                                                         ADVERSARY NO. 16-00278

WELLS FARGO HOME MORTGAGE,
    CREDITOR/DEFENDANT.
_____

ORDER WITHDRAWING COMPLAINT FOR INJUNCTIVE RELIEF
_____

       This matter is before the Court with the announcement that the Debtor's Complaint for Injunctive Relief should be withdrawn.

       IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Complaint for Injunctive Relief is hereby withdrawn.

APPROVED AS TO FORM:

/s/ Jimmy E. McElroy
Attorney for Debtor(s)
3780 S. Mendenhall
Memphis, TN  38115
(901) 363-7283
 /s/ Sylvia F. Brown
 Chapter 13 Trustee
Chapter 13 Trustee

Service List:
Debtor(s)
Debtor(s) Attorney
Wilson and Associates, 5050 Poplar Avenue, Suite 1015, Memphis, TN 38157