# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re | Case Number: 16–29703  gwe |
| | Chapter 13 |
| Alexander Smith | |
| | |
| Debtor(s). | |
| Alexander Smith | |
| | |
| Plaintiff(s) | |
| | |
| vs. | Ad. Pro. No.  16–00278 |
| | |
| WELLS FARGO HOME MORTGAGE | |
| Defendant(s) | |

## NOTICE OF ENTRY OF JUDGMENT

**On  January 5, 2017  the following order was entered: Order Withdrawing Complaint For Injunctive Relief AND Notice of Entry of Judgment (related document(s):1) (fjg)**



Kathleen A Ford
Clerk of the Bankruptcy Court

By:   Fred Geiger
Deputy Clerk

Date:   January 5, 2017

**[nej]** [Notice of Judgement Adversary 04/03]